Matter of Cedrone v City of Fulton Assessor's Off. (2024 NY Slip Op 01486)

Matter of Cedrone v City of Fulton Assessor's Off.

2024 NY Slip Op 01486

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: WHALEN, P.J., CURRAN, MONTOUR, OGDEN, AND NOWAK, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (810/23) CA 23-00124.

[*1]IN THE MATTER OF PETER J. CEDRONE, PETITIONER-APPELLANT, 
v
CITY OF FULTON ASSESSOR'S OFFICE, RESPONDENT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.